FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

APR 05 2016

JAMES W. McCORMACK, CLERK
By: _____
                    DEP CLERK

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

BRET HINAMAN; TERRI HINAMAN;
AND HINAMAN HAULING, LLC                                              PLAINTIFFS

VS.                              CASE NO. 2:16-CV-052-BRW

JOHNNY R. DEAN; SWIFT TRANSPORTATION
COMPANY OF ARIZONA, LLC d/b/a
SWIFT LEASING CO. LLC; AND JOHN DOES 1-6                              DEFENDANT

## NOTICE OF REMOVAL AND JURY DEMAND

Pursuant to 28 U.S.C. §§ 1441 and 1446, Separate Defendant, Swift Transportation Company of Arizona, LLC (hereinafter referred to as "Separate Defendant Swift") hereby files this Notice of Removal of this case from the Circuit Court of Monroe County, Arkansas, and Separate Defendant Swift's short and plain statement of the grounds for Removal is as follows:

1.      On March 10, 2016, Plaintiffs filed their Complaint in the Circuit Court of Monroe County, Arkansas.  The Complaint was served on Separate Defendant Swift through its registered agent on or about March 26, 2016.   As required by 28 U.S.C. § 1446(a), copies of all "process, pleadings and orders served upon each such defendant" are attached as Exhibit A.

2.      Separate Defendant Swift is a Delaware limited liability company with its principal place of business in Phoenix, Arizona.  Separate Defendant, Johnny R. Dean (hereinafter referred to as "Separate Defendant Dean"), has not been served or joined to this action but on information and belief, Separate Defendant Dean is a resident and citizen of the State of Arizona.  The remaining Defendants are unidentified John Does 1-6.  **This case assigned to District Judge** Wilson **and to Magistrate Judge** Kearney

3. Any civil action filed in state court over which the federal district courts would have original jurisdiction may be removed. 28 U.S.C. § 1441(a). This lawsuit arises out of an alleged accident in which Plaintiff alleges negligence and claims damages in excess of the jurisdictional limit. See Exhibit C, Plaintiffs' Complaint. This matter is removable because this Court has original subject matter jurisdiction on diversity grounds pursuant to 28 U.S.C. § 1332(a)(1) and (2).

### A. The Matter Is Between Citizens Of Different States.

4. Complete diversity of citizenship exists between Plaintiffs and Separate Defendants Swift and Dean.

5. Plaintiffs, Bret Hinaman and Terri Hinaman, husband and wife, are residents and citizens of the State of Ohio, currently residing in Willard, Ohio. See Exhibit A, Complaint.

6. Separate Defendant Swift is a limited liability company with its principal place of business in Phoenix, Arizona. As such, Separate Defendant Swift is not a citizen of Arkansas. 28 U.S.C. § 1332(c)(1).

7. Separate Defendant Dean has not been served or joined to this action but on information and belief, Separate Defendant Dean is a resident and citizen of the State of Arizona.

8. The remaining Defendants are unidentified and fictitiously named John Does 1-6, whose citizenship cannot be determined and which can be disregarded for purposes of the Notice of Removal pursuant to 28 U.S.C. §1442(b)(1).

### B. Notice Of Removal Was Filed Within The 30-Day Limit Required By 28 U.S.C. § 1446(b) And All Procedural Requirements Have Been Met.

9. Plaintiffs' Complaint was filed on March 10, 2016, and Separate Defendant Swift was served with and received Plaintiffs' Complaint through its registered agent on or about March

26, 2016. See Exhibit A. Separate Defendant Dean has not been served or joined to this action at the time of this filing.

10. This notice was timely filed within 30 days of Separate Defendant Swift's receipt of the Complaint, as required by 28 U.S.C. §1446(b), for timely removal.

11. Separate Defendant Swift has complied with all applicable requirements of 28 U.S.C. § 1446, and is promptly giving notice of this removal to Plaintiffs and the Circuit Court of Monroe County, Arkansas by filing a copy of this Notice of Removal with the Circuit Court.

### C. The Amount In Controversy Exceeds $75,000.00, Exclusive Of Interests and Costs, As Required by 28 U.S.C. § 1332(a).

12. The amount in controversy in this case exceeds $75,000.00, satisfying the requirements of 28 U.S.C. § 1332(a). Plaintiffs allege they are entitled to recover for damages that occurred as a result of an accident in "an amount in excess of this Court's jurisdictional limits" and Separate Defendants Swift and Dean may properly conclude therefrom that Plaintiffs are seeking an amount in excess of $75,000.00. *See Haynes v. Louisville Ladder Group, LLC*, 341 F.Supp.2d 1064, 1067-68 (E.D. Ark. 2004) (stating that "the [Arkansas Supreme Court] made clear . . . that [Arkansas] does not prevent a Plaintiff who seeks an unspecified amount in liquidated damages from recovering in excess of the jurisdictional minimum trial").

13. Pursuant to the provisions of 28 U.S.C. §1441(a), the United States District Court for the Eastern District of Arkansas is the federal district court for the district embracing the place where the state court suit is pending.

14. This Court has original jurisdiction of this matter on the basis of diversity, and removal to this Court is proper. 28 U.S.C. § 1332.

## DEMAND FOR A JURY TRIAL

15. Separate Defendant Swift demands a trial by jury on all issues triable by a jury herein.

SWIFT TRANSPORTATION COMPANY OF ARIZONA, LLC, Separate Defendant

EVERETT WALES & COMSTOCK
1944 E. Joyce Blvd.
P.O. Box 8370
Fayetteville, Arkansas 72703
Telephone: (479) 443-0292
Fax: (479) 443-0564

By: *Christy Comstock*
Christy Comstock
Bar No. 92246

## CERTIFICATE OF SERVICE

I, Christy Comstock, state that I deposited in the United States Mail, postage prepaid, a true and correct copy of the above and foregoing, and additionally emailed the pleading to the following on this 4 day of April 2016:

PLAINTIFFS' COUNSEL
Ms. Rhonda Gail Davis
attorneyrhondadavis@gmail.com
Rhonda Davis & Associates, LLC
159 South Main Street, Suite 1111
Akron, Ohio 44308

*Christy Comstock*
Christy Comstock

Page 4 of 4

## IN THE CIRCUIT COURT OF MONROE COUNTY
## CIVIL DIVISION

| | |
|---|---|
| BRET HINAMAN ) | CASE NO. 48CV-16-28 |
| 504 LAKE SHORE DRIVE ) | |
| WILLARD, OHIO 44890 ) | JUDGE |
| ) | |
| And, ) | |
| ) | |
| TERRI HINAMAN ) | |
| 504 LAKE SHORE DRIVE ) | |
| WILLARD, OHIO 44890 ) | |
| ) | |
| And, ) | |
| ) | |
| HINAMAN HAULING, LLC ) | |
| BRET HINAMAN, STATUTORY AGENT ) | |
| 504 LAKE SHORE DRIVE ) | |
| WILLARD, OHIO 44890 ) | |
| ) | |
| Plaintiffs, ) | **COMPLAINT** |
| ) | |
| vs. ) | Type - Negligence |
| ) | |
| JOHNNY R. DEAN ) | |
| 8046 SOUTH WYCH ELM PLACE ) | |
| TUCSON, ARIZONA 85747 ) | |
| ) | |
| And, ) | |
| ) | |
| SWIFT TRANSPORTATION ) | |
| COMPANY OF ARIZONA, LLC DBA ) | |
| SWIFT LEASING CO. LLC ) | |
| 2200 SOUTH 75TH AVENUE ) | |
| PHOENIX, ARIZONA 85043 ) | |
| REGISTERED AGENT ADDRESS: ) | |
| 3800 NORTH CENTRAL AVENUE ) | |
| SUITE 460 ) | |
| PHOENIX, ARIZONA 85012 ) | |
| REGISTERED AGENT ADDRESS: ) | |
| NATIONAL REGISTERED AGENTS, INC.) | |
| C/O LEON PRICKETT III ) | |
| 3221 EAST BROADWAY ) | |
| NORTH LITTLE ROCK, ARKANSAS 72114) | |
| REGISTERED AGENT ADDRESS: ) | |
| NATIONAL REGISTERED AGENTS, INC.) | |

EXHIBIT A

MONROE COUNTY
FILED
AT 4:25 O'CLOCK P M
MAR 1 0 2016
ALICE SMITH, CLERK
_____ D.C.

```
C/O GARY DOYLE                          )
2929 NORTH 44TH STREET                  )
SUITE 120                               )
PHOENIX, ARIZONA 85018                  )
REGISTERED AGENT ADDRESS:               )
NATIONAL REGISTERED AGENTS, INC.)
4008 WEST 79th STREET                   )
WESTOVER ANNEX                          )
INDIANAPOLIS, INDIANA 46268             )
REGISTERED AGENT ADDRESS:               )
NATIONAL REGISTERED AGENTS, INC. )
3800 160 GREENTREE DRIVE                )
SUITE 101                               )
DOVER, DELAWARE 19904                   )
                                        )
AND                                     )
                                        )
JOHN DOE NO. 1 and/or Agent of          )
(EMPLOYER OF JOHNNY R. DEAN ON          )
MARCH 10, 2013)                         )
IDENTITY AND ADDRESS UNKNOWN            )
                                        )
AND                                     )
                                        )
JOHN DOE NO. 2                          )
(BROKER FOR THE TRUCK, TRAILER,         )
AND/OR CARGO/LOAD INVOLVED IN           )
MARCH 10, 2013 SUBJECT COLLISION) )
IDENTITY AND ADDRESS UNKNOWN            )
                                        )
AND                                     )
                                        )
JOHN DOE NO. 3                          )
(SHIPPER FOR THE CARGO/LOAD             )
INVOLVED IN MARCH 10, 2013 SUBJECT)
COLLISION)                              )
IDENTITY AND ADDRESS UNKNOWN            )
                                        )
AND                                     )
                                        )
JOHN DOE NO. 4                          )
(RECEIVER OF THE CARGO/LOAD             )
INVOLVED IN MARCH 10, 2013 SUBJECT  )
COLLISION)                              )
IDENTITY AND ADDRESS UNKNOWN            )
                                        )
```

```
AND                                                )
                                                   )
JOHN DOE NO. 5                                     )
(PERSON AND/OR ENTITY HAVING                       )
CONTROL OVER THE CARGO/LOAD                        )
INVOLVED IN THE MARCH 10, 2013                     )
SUBJECT COLLISION)                                 )
IDENTITY AND ADDRESS UNKNOWN                       )
                                                   )
AND                                                )
                                                   )
JOHN DOE NO. 6                                     )
(ENTITY AND/OR PERSON LEASING                      )
TRACTOR FROM SWIFT TRANSPORTATION)
COMPANY OF ARIZONA, LLC WHICH WAS                  )
INVOLVED IN THE MARCH 10, 2013                     )
COLLISION)                                         )
IDENTITY AND ADDRESS UNKNOWN                       )
                                                   )
       Defendants.                                 )    JURY TRIAL DEMANDED
```

1. On or about March 10, 2013, on a public highway known as Interstate 40 near Brinkley, Arkansas, in the County of Monroe, the Defendant, Johnny R. Dean, negligently operated a Semi-Tractor/Trailer into the rear of the Semi-Tractor/Trailer in which Plaintiff, Bret Hinaman, was operating..

2. Plaintiff, Hinaman Hauling, LLC, is a corporation for profit incorporated under the laws of the State of Ohio.

3. Plaintiff, Hinaman Hauling, LLC, owned the Semi-Tractor/Trailer operated by Bret Hinaman referenced in this Complaint.

4. Defendant, Johnny R. Dean, at all times referenced in the Complaint was a carrier/driver, as an employee and/or independent contractor, for Defendant, Swift Transportation Company of Arizona, LLC and/or Defendant, John Doe No. 1.

5. Defendant, John Doe No. 1, is the employer and/or principal of Johnny R. Dean on March 10, 2013 for whom he was acting in the course and scope of his employment. The identity and

~~whereabouts of this Defendant are unknown.~~

6. Defendant, John Doe No. 2, is the broker for the truck, trailer, and/or cargo/load involved in the March 10, 2013 collision and which struck the Plaintiff's vehicle. The identity and whereabouts of this Defendant are unknown.

7. Defendant, John Doe No. 3, is the shipper for the cargo/load driven by Defendant, Johnny R. Dean, on March 10, 2013 and which was involved in this collision with the Plaintiff's vehicle. The identity and whereabouts of this Defendant are unknown.

8. Defendant, John Doe No. 4, is the receiver of the cargo/load which was driven by Defendant, Johnny R. Dean, on March 10, 2013 and which was involved with the collision with the Plaintiff's vehicle. The identity and whereabouts of this Defendant are unknown.

9. Defendant, John Doe No. 5, is the person and/or entity having control over the cargo/load driven by Defendant, Johnny R. Dean, and involved in the March 10, 2013 collision. The identity and whereabouts of this Defendant are unknown.

10. Defendant, John Doe No. 6, is the entity and/or person leasing the tractor driven by Defendant, Johnny R. Dean, on March 10, 2013 from Defendant, Swift Transportation Company of Arizona, LLC. The identity and whereabouts of this Defendant is not known.

11. Defendant, Swift Transportation Company of Arizona, LLC, is a corporation for profit incorporated under the laws of the State of Delaware.

12. Defendant, Swift Transportation Company of Arizona, LLC, is a transportation company with its principal place of business and headquarters located in Phoenix, Arizona.

13. Defendant, Swift Transportation Company of Arizona, LLC, owns, leases, or hires all of its Semi-Tractor/Trailers used in its business.

14. Defendants, Swift Transportation Company of Arizona, LLC, and/or John Does

No. 1 through 6 trained and/or certified Defendant, Johnny R. Dean, and its other drivers, whether employees or independent contractors, regarding Semi-Tractor/Trailer operations, driving, loading, unloading, and other tasks related to its operation of a transportation business.

15. Defendant, Johnny R. Dean, at all times referenced in the Complaint was acting in the course and scope of his employment and/or contract with Defendants, Swift Transportation of Arizona, LLC and/or John Does No. 1 through 6.

16. Defendants, Swift Transportation of Arizona, LLC and/or John Does No. 1 through 6, are liable for the negligent acts or omissions of Defendant, Johnny R. Dean, and its other employees and agents.

17. Defendant, Johnny R. Dean, was negligent in his operation of the Semi-Tractor/Trailer by failing to maintain a safe speed for the traffic pattern, failing to assure a clear distance, and other negligent acts and/or omissions involving the driving, maintenance and control of the semi-tractor, trailer, and load/cargo involved in the collision.

18. Defendant, Johnny R. Dean, and/or other employees and/or agents of Defendants, Swift Transportation of Arizona, LLC and John Does No. 1 through 6, negligently failed to properly inspect, maintain, repair, control, and committed other negligent acts or omissions related to the Semi-Tractor/Trailer and its load/cargo involved in the subject collision.

19. Defendants, Swift Transportation of Arizona, LLC and John Does No. 1 through 6, negligently hired Defendant, Johnny R. Dean, as an employee and/or independent contractor, due to his training, expertise, mental and physical condition, and/or other matters relating to his fitness and abilities to drive safely the tractor and trailer involved in the collision.

20. As a result of the Defendants' actions and/or omissions, the tractor-trailer driven by the Defendant, Johnny R. Dean, and owned and/or leased by Defendant, Swift Transportation

Hinamen, on March 10, 2013, and suffered other damages recoverable under Arkansas law.

24. Plaintiffs hereby demand a trial by jury.

WHEREFORE, Plaintiffs pray for judgment for all relief to which they are entitled against the Defendant, in an amount determined to be full and fair compensation and punitive damages, if applicable, in excess of the jurisdictional limit, plus costs.

RESPECTFULLY SUBMITTED:

**ATTORNEY FOR PLAINTIFFS, BRET AND TERRI HINAMAN AND HINAMEN HAULING, LLC :**

*[signature]*

Rhonda Gail Davis #0063029
Rhonda Davis & Associates LLC
159 South Main Street-Suite 1111
Akron, Ohio   44308
(330) 374-0700; (330) 294-0101 (fax)
attorneyrhondadavis@gmail.com

IN THE CIRCUIT COURT OF MONROE COUNTY
CIVIL DIVISION

| | |
|---|---|
| BRET HINAMAN<br>504 LAKE SHORE DRIVE<br>WILLARD, OHIO 44890<br><br>And,<br><br>TERRI HINAMAN<br>504 LAKE SHORE DRIVE<br>WILLARD, OHIO 44890<br><br>And,<br><br>HINAMAN HAULING, LLC<br>BRET HINAMAN, STATUTORY AGENT<br>504 LAKE SHORE DRIVE<br>WILLARD, OHIO 44890<br><br>Plaintiffs,<br><br>vs.<br><br>JOHNNY R. DEAN<br>8046 SOUTH WYCH ELM PLACE<br>TUCSON, ARIZONA 85747<br><br>And,<br><br>SWIFT TRANSPORTATION<br>COMPANY OF ARIZONA, LLC DBA<br>SWIFT LEASING CO. LLC<br>2200 SOUTH 75TH AVENUE<br>PHOENIX, ARIZONA 85043<br>REGISTERED AGENT ADDRESS:<br>3800 NORTH CENTRAL AVENUE<br>SUITE 460<br>PHOENIX, ARIZONA 85012<br>REGISTERED AGENT ADDRESS:<br>NATIONAL REGISTERED AGENTS, INC.<br>C/O LEON PRICKETT III<br>3221 EAST BROADWAY<br>NORTH LITTLE ROCK, ARKANSAS 72114<br>REGISTERED AGENT ADDRESS:<br>NATIONAL REGISTERED AGENTS, INC.<br>C/O GARY DOYLE | CASE NO. 48 CV-16-28<br><br>JUDGE |

2929 NORTH 44TH STREET )
SUITE 120 )
PHOENIX, ARIZONA 85018 )
REGISTERED AGENT ADDRESS: )
NATIONAL REGISTERED AGENTS, INC.)
4008 WEST 79th STREET )
WESTOVER ANNEX )
INDIANAPOLIS, INDIANA 46268 )
REGISTERED AGENT ADDRESS: )
NATIONAL REGISTERED AGENTS, INC. )
3800 160 GREENTREE DRIVE )
SUITE 101 )
DOVER, DELAWARE 19904 )
)
AND )
)
JOHN DOE NO. 1 )
(EMPLOYER OF JOHNNY R. DEAN ON )
MARCH 10, 2013) )
IDENTITY AND ADDRESS UNKNOWN )
)
AND )
)
JOHN DOE NO. 2 )
(BROKER FOR THE TRUCK, TRAILER, )
AND/OR CARGO/LOAD INVOLVED IN )
MARCH 10, 2013 SUBJECT COLLISION) )
IDENTITY AND ADDRESS UNKNOWN )
)
AND )
)
JOHN DOE NO. 3 )
(SHIPPER FOR THE CARGO/LOAD )
INVOLVED IN MARCH 10, 2013 SUBJECT)
COLLISION) )
IDENTITY AND ADDRESS UNKNOWN )
)
AND )
)
JOHN DOE NO. 4 )
(RECEIVER OF THE CARGO/LOAD )
INVOLVED IN MARCH 10, 2013 SUBJECT)
COLLISION) )
IDENTITY AND ADDRESS UNKNOWN )
)
AND )

```
JOHN DOE NO. 5                              )
(PERSON AND/OR ENTITY HAVING                 )
CONTROL OVER THE CARGO/LOAD                  )
INVOLVED IN THE MARCH 10, 2013               )
SUBJECT COLLISION)                           )
IDENTITY AND ADDRESS UNKNOWN                 )
                                             )
AND                                          )
                                             )
JOHN DOE NO. 6                               )
(ENTITY AND/OR PERSON LEASING                )
TRACTOR FROM SWIFT TRANSPORTATION)
COMPANY OF ARIZONA, LLC WHICH WAS )
INVOLVED IN THE MARCH 10, 2013               )
COLLISION)                                   )
IDENTITY AND ADDRESS UNKNOWN                 )
                                             )
        Defendants.                          )
```

## SUMMONS

**THE STATE OF ARKANSAS TO DEFENDANT:**

SWIFT TRANSPORTATION
COMPANY OF ARIZONA, LLC DBA
SWIFT LEASING CO. LLC
REGISTERED AGENT ADDRESS:
3800 NORTH CENTRAL AVENUE
SUITE 460
PHOENIX, ARIZONA 85012

A lawsuit has been filed against you.  The relief demanded is stated in the attached complaint. Within 30 days after service of this summons on you (not counting the day you received it)--or 60 days if you are incarcerated   in any jail penitentiary, or other correctional facility in Arkansas--you must file with the clerk of hist court a written answer to the complaint or a motion under Rule 12 of the Arkansas Rules of Civil Procedure.

The answer or motion must also be served on the plaintiff or plaintiff's attorney, whose name and address are Attorney Rhonda Gail Davis, 159 South Main Street, Suite 1111, Akron, Ohio 44308.

If you fail to respond within the applicable time period, judgment by default may be entered against you for the relief demanded in the complaint.

---

CLERK OF COURT, MONROE COUNTY CIRCUIT COURT
Address of the Clerk's Office:        123 Madison Street

|   |   |
|---|---|
| Other Contact Information: | Clarendon, Arkansas 72029<br>Telephone: (870) 747-3615 Facsimile (870) 747-3710 |

_____
Signature of Clerk or Deputy Clerk

Date  3-10-16

[SEAL]

