IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

| | |
|---|---|
| BRET HINAMAN; TERRI HINAMAN; AND HINAMAN HAULING, LLC | PLAINTIFFS |
| VS. CASE NO. **2:16CV00052BRW** | |
| JOHNNY R. DEAN; SWIFT TRANSPORTATION COMPANY OF ARIZONA, LLC d/b/a SWIFT LEASING CO. LLC; AND JOHN DOES 1-6 | DEFENDANT |

## JOINT MOTION TO DISMISS

COME now the Plaintiffs and the Defendants, by and through counsel, and for their Joint Motion to Dismiss, hereby advise the Court that these parties have resolved all of the issues between them which are pending before this Honorable Court by way of confidential settlement, and hereby ask the Court to grant their Joint Motion to Dismiss and dismiss Plaintiffs' Complaint in this matter with prejudice.

    PLAINTIFFS
    Rhonda Davis & Associates, LLC
    159 South Main Street, Suite 1111
    Akron, Ohio 44308

    By: /s/ Rhonda Davis
        Rhonda Davis

    DEFENDANTS
    Christy Comstock
    1944 E. Joyce Blvd.
    P.O. Box 8370
    Fayetteville, Arkansas 72703

    By: /s/ Christy Comstock
        Christy Comstock